IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BOBBY RAY SHAMBURGER, JR.,  )
#269 837,                            )
                                           )
            Plaintiff,                 )
                                           )
v.                                     )        CASE NO. 2:19-CV-272-WKW
                                           )                [WO]
WARDEN KARLA JONES, *et al.*,  )
                                           )
            Defendants.             )

## ORDER

On May 11, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 36.)  Upon an independent review of the record, it is ORDERED as follows:

(1)    The Recommendation (Doc. # 36) is ADOPTED;

(2)    Defendant's motion for summary judgment (Doc. # 25) is GRANTED as to the federal-law claims;

(3)    Plaintiff's supplemental state-law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3);

(4)    Plaintiff's request for reimbursement of all costs and fees incurred in bringing this action is DENIED; and

(5)    No costs are TAXED.

Final judgment will be entered separately.

DONE this 10th day of June, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE